**FILED**
SEP 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
SEP 20 2018
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE SANCHEZ | Violations: Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B)<br><br>**INDICTMENT** |

**18CR 606**
JUDGE DOW
MAGISTRATE JUDGE KIM

<u>COUNT ONE</u>

The SPECIAL DECEMBER 2017 GRAND JURY charges:

On or about November 24, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE SANCHEZ,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a file titled Capture_24112014_132109_156.jpg, that has been shipped or transported in or affecting interstate commerce by any means, including by computer, and that has been shipped or transported using any means or facility of interstate commerce;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about September 3, 2015, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE SANCHEZ,

defendant herein, did knowingly possess material, namely a Seagate 320 gigabyte hard drive, bearing serial number 9QF2D6SF, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image of a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means or facility of interstate and foreign commerce, and such image having been shipped or transported in or affecting interstate commerce by any means, including by computer, and such image having been produced using materials that had been shipped or transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATION**

The SPECIAL DECEMBER 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter that contains visual depictions described in Title 18, United States Code, Section 2252A, and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations, as provided in Title 18, United States Code, Section 2253.

2. The property to be forfeited includes, but is not limited to a Seagate 320 gigabyte hard drive, bearing serial number 9QF2D6SF.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY