UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE SANCHEZ | No. 18 CR 606<br><br>Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 8, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Robert M. Dow, Jr., in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Government's Unopposed Motion for Extension of Discovery and Pretrial Deadlines** in the above-captioned case, at which time and place you may appear if you see fit.

                                                        Respectfully submitted,
                                                        JOHN R. LAUSCH, JR.
                                                        United States Attorney

                                 By:    */s/Abigail Peluso*
                                          ABIGAIL PELUSO
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 353-5342

Dated: November 2, 2018